■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEREMIAH SMITH, Appellant, v JAMES B. KANE et al., Respondents. [690 NYS2d 451] —Judgment, Supreme Court, New York County (Laura Drager, J.), entered July 17, 1997, dismissing the petition for a writ of habeas corpus, unanimously affirmed, without costs.

Application by appellant's counsel to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833). We have reviewed the record and agree with appellant's counsel that there are no non-frivolous points which could be raised on this appeal. None of appellant's *pro se* claims may be raised by way of habeas corpus (*People ex rel. Douglas v Vincent*, 50 NY2d 901, *affg* 67 AD2d 587). Concur— Rosenberger, J. P., Wallach, Rubin and Andrias, JJ.